SECOND DEPARTMENT, OCTOBER, 1959

(October 5, 1959)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT BORUM, Appellant.— Motion to dismiss appeal from an order denying a motion in the nature of a writ of *coram nobis*. Motion to dismiss appeal granted by default and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.